FILED

11/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0262

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0262

_____

IN RE THE MARRIAGE OF:

CARLA CRUZ,

      Petitioner and Appellee,

and

    O R D E R

CARLOS A. CRUZ HERNANDEZ,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Leslie Halligan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 8 2023